UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE, IN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ELIZABETH ANN ROBERTS | )  Case No. 15-80923-JJG-7 |
| | ) |
| | ) |
| Debtor(s). | ) |

TRUSTEE'S NOTICE OF POSSIBLE ASSETS
AND NOTICE OF ABANDONMENT OF PROPERTY

Lou Ann Marocco, Trustee, hereby notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk is requested to issue a Notice of Last Day to File Claims pursuant to Federal Bankruptcy Rule 3002(c)(5).

Notice is hereby given that all scheduled assets will be abandoned from the estate, except for:

Pro rata portion of 2015 state and federal income tax refunds.

DATED: May 17, 2016         /s/ Lou Ann Marocco
                            Lou Ann Marocco, Trustee
                            Phone: (317) 631-0145
                            Email: trustee@maroccolawindy.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following either by first class U.S. Mail, postage prepaid, or electronic court filing this 17th day of May, 2016:

Office of the United States Trustee
101 W. OHIO STREET, SUITE 1000
INDIANAPOLIS, IN  46204

Elizabeth Ann Roberts
1904 Clay Ave.
Terre Haute, IN  47805

Phillip C. Smith
Phillip C. Smith2901 Ohio Blvd Ste
124terre Haute, IN 47803-2239

                            /s/ Lou Ann Marocco
                            Lou Ann Marocco
                            P.O. Box 1206
                            Greenwood, IN  46142
                            Phone: (317) 631-0145
                            Email: trustee@maroccolawindy.com